CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Greg.Addington@usdoj.gov

*Attorneys for Defendant*

SCOTT LAKE (NV Bar No. 15765)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

MARC D. FINK (MN Bar No. 343407)
CENTER FOR BIOLOGICAL DIVERSITY
*Admitted Pro Hac Vice*
209 East 7th St
Duluth, MN 55805
(218) 464-0539
mfink@biologicaldiversity.org

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | 3:21-cv-347-LRH-CLB<br><br>STIPULATION AND REQUEST TO FIX DATE FOR FEDERAL DEFENDANT TO FILE RESPONSE TO COMPLAINT<br><br>Response Date: October 15, 2021 |

It is hereby agreed and stipulated by all parties, through their respective counsel, that the due date for the federal defendant to file its response to the complaint (#1) may be fixed at <u>October 15, 2021</u>. This stipulation is not intended as a request to extend the due date for the response but rather reflects the agreement of counsel that the defendant's response date be fixed at October 15, 2021, to eliminate any uncertainty that might arise from any issues regarding the date of effective service of process.

Based on the foregoing, the parties request the Court approve the stipulation and the proposed agreed due date of <u>October 15, 2021</u>, for the filing of defendant's response to the complaint.

_/s/ Scott Lake_  
SCOTT LAKE, ESQ.  
Counsel for Plaintiff

_/s/ Greg Addington_  
GREG ADDINGTON  
Assistant United States Attorney  
Counsel for Federal Defendant

IT IS SO ORDERED

Date; September 13, 2021

_____  
UNITED STATES MAGISTRATE JUDGE