SCOTT LAKE
NV Bar No. 15765
**CENTER FOR BIOLOGICAL DIVERSITY**
P.O. Box 6205
Reno, NV 89513
Phone: (802) 299-7495
Email: slake@biologicaldiversity.org

MARC D. FINK
MN Bar No. 343407 (admitted *pro hac vice*)
**CENTER FOR BIOLOGICAL DIVERSITY**
209 East 7th St
Duluth, MN 55805
Phone: 218-464-0539
Email: mfink@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | Case No.: 3:21-cv-347-LRH-CLB<br><br>**[Proposed] ORDER RE: DISCLOSURE SCHEDULE** |

This is an action under the Freedom of Information Act ("FOIA") brought by Plaintiff, the Center for Biological Diversity (the "Center") to compel Defendant, the Bureau of Land Management ("BLM") to release records requested under FOIA.

The Center submitted the FOIA request at issue to BLM on March 3, 2021. On September 8, 2021, having not received a response from BLM, the Center filed the instant case. *See* Complaint, ECF No. 1.

On April 11, 2022 this Court held a status hearing at which it requested that the Parties meet and confer to agree upon a schedule for disclosure of all responsive, non-exempt documents.

*See* ECF No. 24. The Court also Ordered BLM to produce 4,800 documents no later than May 11, 2002. *Id.*

During the hearing, counsel for BLM stated that processing and releasing the volume of documents requested by the Center would be unduly burdensome to BLM, and asked if the Center would be willing to discuss narrowing the scope of the FOIA request. Counsel for the Center responded that the Center would be open to discussing and clarifying the intended scope of the request.

BLM released 4,800 documents to the Center pursuant to the Court's Order on May 6, 2022.

Between April 11, 2022 and May 11, 2022, the Parties met and conferred pursuant to the Court's Order. The Parties agreed that BLM will release 1,000 or more responsive pages every 30 business days. However, the Parties have been unable, as of the date of this Order, to reach an agreement concerning the scope of the request. Discussions regarding the scope of the request are continuing.

Therefore, it is now ORDERED that Defendant BLM will release to Plaintiff the Center for Biological Diversity 1,000 or more responsive pages every 30 business days until BLM has satisfied all of its obligations under FOIA to provide the requester with responsive, non-exempt records. Should the Parties reach further agreement as to the scope of the FOIA request or the date on which BLM's disclosures will be complete, they shall file a joint status report and proposed order with the Court.

Dated: March 26, 2022

Respectfully submitted,

*/s/ Scott Lake*
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org

*Attorney for Plaintiff Center for Biological Diversity*

/s/ Holly A. Vance
Holly A. Vance
U.S. Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
775-784-5438
Holly.A.Vance@usdoj.gov

*Attorney for Defendant Bureau of Land Management*

**IT IS SO ORDERED**

_____
United States Magistrate Judge

DATE _____May 27, 2022_____

3

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing [Proposed] ORDER RE: DISCLOSURE SCHEDULE with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated May 26, 2022                    Respectfully submitted,

/s/ Scott Lake
Scott Lake
Center for Biological Diversity
P.O. Box 6205
Reno, NV 89513
(802) 299-7495
slake@biologicaldiversity.org